# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-1352

_____

JERMAINE KIRKLAND,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

August 2, 2019

PER CURIAM.

DENIED.

RAY, C.J., and KELSEY and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jermaine Kirkland, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.